# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

151051(74)(76)(78)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF COLDWATER,
      Plaintiff-Appellee,

v

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the separate motions of the Michigan Electric Cooperative Association and the Michigan Public Service Commission for leave to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those respective organizations on January 8, 2016, and August 5, 2016, are accepted for filing. On further order of the Chief Justice, the motion of the Michigan Public Service Commission, through its attorneys in the Michigan Attorney General's office, to have ten minutes of oral argument time in addition to that of the parties is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____       
August 12, 2016